MICHAEL W. MELENDEZ (No. 125895)
THOMAS K. HAMMITT (No. 145852)
MELENDEZ & ASSOCIATES
2950 Buskirk Avenue, Suite 300
Walnut Creek, California 94597
Telephone: (925) 934-8000
Facsimile: (925) 934-6700

*MADE JS-6*

Attorneys for Plaintiff
MT. HAWLEY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation,<br><br>       Plaintiff,<br><br> vs.<br><br>CITY CONSTRUCTORS, INC., a California corporation,<br><br>       Defendant. | Case No. CV 12-2046-GW(AJWx)<br><br>**ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION**<br><br>[FRCP 41] |

   Pursuant to the STIPULATION of the parties to the above-captioned action, plaintiff Mt. Hawley Insurance Company and defendant City Constructors, Inc., it is hereby ORDERED that the above-captioned action be dismissed with prejudice, each side to bear its own fees and costs.

   It is so ORDERED.

Dated: July 10, 2012

             _George H. Wu_
_____
     The Honorable George H. Wu
     UNITED STATES DISTRICT JUDGE